JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 458 -- In re Disaster at Ryadh Airport, Saudi Arabia, on August 19, 1980

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/01/30 | 1 | MOTION, BRIEF, CERT. OF SVC. -- plaintiff Christine Curtis Suggested transferee court: ~~C.D. California~~ (see pldg. #3) Suggested Transferee Judge:  (ds) |
| 81/02/06 | 2 | REQUEST FOR EXTENSION OF TIME -- pltfs. Muller, et al. GRANTED TO ALL PARTIES TO & INCLUDE March 2, 1981. (ds) |
| 81/02/09 |  | AMENDED CERT. OF SVC. -- (Pleading No. 1)   (emh) |
| 81/02/10 |  | APPEARANCES -- Terry W. Backus for Trans World Airlines, Inc.; Henry J. Bogust for Lockheed Corp.; Robert R. Smiley for Walter Muller, Andrew Muller, Ms. Jackee Muller; Gerald C. Sterns for Christine Curtis   (emh) |
| 81/02/19 |  | APPEARANCE -- Nancy Dutton for Kingdom of Saudi Arabia   (emh) |
| 81/03/02 | 3 | AMENDED NOTICE OF MOTION, BRIEF, CERT. OF SVC. to change suggested transferee district from C.D. Cal. to the D. District of Columbia -- Plaintiff Curtis. Notified involved counsel.   (ea) |
| 81/03/03 | 4 | RESPONSE, BRIEF IN SUPPORT OF, EXHIBITS A THRU D, CERT. OF SVC. -- Pltfs. Muller, et al. (ea) (for pldg. No. 3) |
| 81/03/03 | 5 | MEMORANDUM IN OPPOSITION, CERT. OF SVC. to Pldg. No. 1 -- Interested party Richard H. Jones, Esq. (ea) |
| 81/03/03 | 6 | JOINDER AND CONCURRENCE W/MOTION (PLDG. NO. 1), BRIEF, CERT. OF SVC. -- Deft. Lockheed Aircraft Corp. (ea) |
| 81/03/04 |  | AMENDED CERT. OF SVC. -- (for pldg. no. 5) -- Interested party ~~######~~ William E. Donnelly, Esq.   (ea) |
| 81/03/16 | 7 | RESPONSE, BRIEF, CERT. OF SVC. -- Deft. Trans World Airlines.   (ea) |
| 81/03/17 | 8 | MOTION, BRIEF, CERT. OF SVC. to transfer to C.D. Cal. -- Deft. Lockheed Aircraft Corp.   (ea) |
| 81/03/19 |  | AMENDED CERT. OF SVC. for pldg. no. 7 -- Deft. Trans World Airlines.   (ea) |
| 81/03/23 |  | HEARING ORDER -- Setting Motion to transfer A-1 and A-2 for Panel hearing in Washington, D. C. on April 30, 1981   (cds) |
| 81/04/02 |  | AMENDMENT TO HEARING ORDER FILED ON MARCH 23, 1981 -- Setting Amended Motion to Transfer for Panel Hearing in Washington, D. C. on April 30, 1981   (cds) |
| 81/04/20 | 9 | RESPONSE, MEMORANDUM -- Plaintiff Edward M. Holland -- w/cert. of service   (cds) |
| 81/04/24 |  | APPEARANCE -- Carroll E. Dubuc, Esq. for Lockheed Corp. (rew) |

JPML FORM 1A - Continuation  DOCKET ENTRIES -- p. 2.

DOCKET NO. 458 --

| Date | Ref | Pleading Description |
|---|---|---|
| 81/05/18 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Thomas A. Flannery, D. D.C. (emh) |
| 81/05/18 | | TRANSFER ORDER -- transferring litigation to the District of the District of Columbia for coordinated or consolidated pretrial proceedings. (emh) |
| 81/07/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY (2) -- B-9 Masood, etc. v. Saudi Arabian Airlines, etal., S.D.N.Y., 81-Civ-4410; B-10 Kot v. Lockheed, C.D.Cal., CV80-5653 -- Notified involved counsel and judges. (eaf) |
| 81/08/11 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-9 Masood, etc. v. Saudi Arabian Airlines, et al., S.D.N.Y., 1-Civ-4410 and B-10 Kot v. Lockheed Aircraft Co., et al., C.D.Cal., CV0-5653-LTL -- Notified involved judges and clerks (cds) |
| 81/08/27 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-11 thru B-20 listed below. Notified involved counsel and judges. (ds) |

| | | | | |
|---|---|---|---|---|
| B-11 | Kathryn Jane McArthur, et al. v. The Lockheed Corp., et al. | C.D.Cal. Whelan | 81-4159 FW |
| B-12 | Don O'Connell, et al. v. The Lockheed Corp., et al. | C.D.Cal. Hill | 81-4160 IH |
| B-13 | Pi-Ko Wang Liu, et al. v. The Lockheed Corp., et al. | C.D.Cal. Lucas | 81-4161 MML |
| B-14 | Shaena Joyce Peace v. The Lockheed Corp., et al. | C.D.Cal. Tashima | 81-4162 AWT |
| B-15 | Sylvia Katherine Fowler, et al. v. The Lockheed Corp., et al. | C.D.Cal. Lydick | 81-4163 LTL |
| B-16 | Shamshad Ahmed Aftab, v. The Lockheed Corp., et al. | C.D.Cal. Gray | 81-4164 WPG |
| B-17 | Hazel Anne MacPherson v. The Lockheed Corp., et al. | C.D.Cal. Hauk | 81-4165 AAH(J) |
| B-18 | Khurshid Bano Kapadia, et al. v. Lockheed Corp., et al. | N.D.Cal. Orrick | C-81-3344 WHO |
| B-19 | Suppia Francis, et al. v. Lockheed Corp., et al. | N.D.Cal. Orrick | C-81-3345 WHO |
| B-20 | C. A. Ibrahim, et al. v. Lockheed Corp., et al. | N.D.Cal. Orrick | C-81-3346 WHO |

JPML FORM 1A - Continuation   DOCKET ENTRIES -- p. 3.

DOCKET NO. 458 -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 81/09/01 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-22 thru B-29 listed below. Notified involved counsel and judges. (ds) |

| | | |
|---|---|---|
| B-22 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Hill — 81-4235 IH |
| B-23 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Hauk — 81-4239 AAH |
| B-24 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Gray — 81-4237 WPG |
| B-25 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Real — 81-4234 R |
| B-26 | Judith Anne Frances Hindle, et al. v. The Lockheed Corp., et al. | C.D.Cal. Takasugi — 81-4229 RMT |
| B-27 | Sandra Rugg v. Saudi Arabian Airlines Corp. | C.D.Cal. Waters — 81-4233 LEW |
| B-28 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Kenyon — 81-4238 KN |
| B-29 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Marshall — 81-4236 CBM |

| Date | Ref | Pleading Description |
|---|---|---|
| 81/09/14 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY - B-11 thru B-20 listed below. Notified involved clerks and judges. (ds) |

| | | |
|---|---|---|
| B-11 | Kathryn Jane McArthur, et al. v. The Lockheed Corp., et al. | C.D.Cal. Whelan — 81-4159 FW |
| B-12 | Don O'Connell, et al. v. The Lockheed Corp., et al. | C.D.Cal. Hill — 81-4160 IH |
| B-13 | Pi-Ko Wang Liu, et al. v. The Lockheed Corp., et al. | C.D.Cal. Lucas — 81-4161 MML |
| B-14 | Shaena Joyce Peace v. The Lockheed Corp., et al. | C.D.Cal. Tashima — 81-4162 AWT |
| B-15 | Sylvia Katherine Fowler, et al. v. The Lockheed Corp., et al. | C.D.Cal. Lydick — 81-4163 LTL |
| B-16 | Shamshad Ahmed Aftab, v. The Lockheed Corp., et al. | C.D.Cal. Gray — 81-4164 WPG |
| B-17 | Hazel Anne MacPherson v. The Lockheed Corp., et al. | C.D.Cal. Hauk — 81-4165 AAH(J) |
| B-18 | Khurshid Bano Kapadia, et al. v. Lockheed Corp., et al. | N.D.Cal. Orrick — C-81-3344 WHO |
| B-19 | Suppia Francis, et al. v. Lockheed Corp., et al. | N.D.Cal. Orrick — C-81-3345 WHO |
| B-20 | C. A. Ibrahim, et al. v. Lockheed Corp., et al. | N.D.Cal. Orrick — C-81-3346 WHO |

JPML FORM 1A

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 458 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/09/14 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- <br> B-30 Ahmad, et al. v. Lockheed Corp., E.D.Mich., 8172924 <br> B-31 Masood, et al. v. Lockheed Corp., N.D.Calif., C-81-3343-MHP <br> NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 81/09/18 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-22 thru B-29 listed below. Notified involved judges and clerks. (ds) |

| | | | | |
|---|---|---|---|---|
| B-22 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Hill | 81-4235 IH | |
| B-23 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Hauk | 81-4239 AAH | |
| B-24 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Gray | 81-4237 WPG | |
| B-25 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Real | 81-4234 R | |
| B-26 | Judith Anne Frances Hindle, et al. v. The Lockheed Corp., et al. | C.D.Cal. Takasugi | 81-4229 RMT | |
| B-27 | Sandra Rugg v. Saudi Arabian Airlines Corp. | C.D.Cal. Waters | 81-4233 LEW | |
| B-28 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Kenyon | 81-4238 KN | |
| B-29 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Marshall | 81-4236 CBM | |

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/09/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-32 The Muskegon Bank & Trust Co., etal. v. Saudi Arabian Airlines, C.D.Calif., 81-3473-R -- Notified involved counsel and judges. (eaf) |
| 81/09/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-33 Muller, et al. v. The Lockheed Corp., et al., C.D. California, C.A. No. 81-4589-TJH; B-34 Stirrett, et al. v. The Lockheed Corp., et al., C.D. California, C.A. No. 81-4862-MML(JRX) and B-35 Stirrett, et al. v. The Lockheed Corp., et al., C.D. California, C.A. No. 81-4825-IH. Notified involved counsel and judges. (ds) |

JPML FORM 1A

p.5

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 458 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/09/30 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-30 Mizra Makhboom Ahmad, et al. v. Lockheed Corp., et al., E.D. Mich., C.A. No. 8172924; B-31 Shahid Masood, et al. v. Lockheed Corp., et al., N.D. California, C.A. No. C-81-3343-MHP. Notified involved clerks and judges. (ds) |
| 81/10/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-36 Rajabali Bidkhori, etc., et al. v. The Lockheed Corp. et al., C.D.Calif., 81-4998-RJK NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 81/10/05 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-37 thru B-43 listed below. Notified involved counsel and judges. (ds) |

| | | | |
|---|---|---|---|
| B-37 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Tashima | 81-4826 AWT(Px) |
| B-38 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal Hauk | 81-4827 AAH(Gx) |
| B-39 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal Gray | 81-4864 WPG |
| B-40 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal Lydick | 81-4865 LTL(Gx) |
| B-41 | ~~April Swedo~~ v. Saudi Arabian Airlines Corp. | C.D.Cal Kenyon | 81-4866 KN(Mx) |
| B-42 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal Marshall | 81-4867 CBM(Px) |
| B-43 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal Pfaelzer | 81-4869 MRP(JRx) |

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/10/07 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-44 Khan, et al. v. Lockheed Corp., et al., C.D. Cal., C.A. No. 81-5083 WMB; B-45 Hernandez, et al. v. Lockheed Corp., et al., C.D. Cal., C.A. No. 81-5084 MLR; B-46 Zaman, et al. v. Lockheed Corp., et al., C.D. Cal., C.A. No. 81-5085 TJH. Notified involved counsel and judges. (ds) |
| 81/10/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-32 The Muskegon Bank & Trust Co., et al. v. Saudi Arabian Airlines Corp., C.D. Calif., C.A.No. 81-3473-R NOTIFIED INVOLVED CLERKS AND JUDGES. (emh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/10/13 | | CONDITIONAL TRANFER ORDERS FINAL TODAY -- B-33 Muller, et al., C.D. Calif., C.A. No. 81-4589-TJH; B-34 Stirrett, et al., C.D. Calif., C.A. No. 81-4862-MML(JRx); B-35 Stirrett, et al., C.D. Calif., C.A. No. 81-4825-IH. (All of the above pltfs. v. The Lockheed Corp., et al. Notified involved clerks and judges. (ds) |
| 81/10/14 | 10 | NOTICE OF OPPOSITION (B-36 Rajabali Bidkhori, etc., et al. v. The Lockheed Corp., et al., C.D. Calif., 81-4998-RJK) -- filed by pltf. Rajabali Badkhori (emh) |
| 81/10/21 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY IN 7 CASES LISTED BELOW. Notified involved clerks and judges. (eaf) |

| | | | | |
|---|---|---|---|---|
| B-37 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal. Tashima | 81-4826 AWT(Px) | |
| B-38 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal Hauk | 81-4827 AAH(Gx) | |
| B-39 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal Gray | 81-4864 WPG | |
| B-40 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal Lydick | 81-4865 LTL(Gx) | |
| B-41 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal Kenyon | 81-4866 KN(Mx) | |
| B-42 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal Marshall | 81-4867 CBM(Px) | |
| B-43 | April Swedo v. Saudi Arabian Airlines Corp. | C.D.Cal Pfaelzer | 81-4869 MRP(JRx) | |

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/10/23 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY IN 3 ACTIONS LISTED BELOW. Notified involved clerks and judges. (eaf) B-44 Khan, etal. v. Lockheed Corp., C.Cal., 81-5083-TMB(k) B-45 Hernandez, etal. v. Lockheed, C.Cal., 81-5084-MLR B-46 Zaman, etal. v. Lockheed, C.Cal., 81-505-TJH(G) |
| 81/10/28 | 11 | MOTION TO VACATE CTO (B-36 Bidkhori, et al. v. The Lockheed Corp., et al., C.D. Calif., 81-4998-RJK) -- Pltf. Rajabali Bidkhori -- w/Memorandum and cert. of svc.(emh) |
| 81/11/06 | | HEARING ORDER -- Setting Opposition of Plaintiff Rajabali Bidkhori to transfer of action B-36 Bidkhori, etc. et al. v. Lockheed Corp., et al., C.D. Cal., 81-4998-RJK -- West Palm Beach, Florida on December 8, 1981 (cds) |
| 81/11/12 | 12 | MEMORANDUM, CERT. OF SVC. -- Defts. Saudi Arabian Arilines and Trans World Airlines. (eaf) |
| 81/11/12 | 13 | RESPONSE (to Pleading No. 11) -- Lockheed Corp. -- w/Exhibits and cert. of svc. (emh) |
| 81/11/23 | 14 | REPLY, CERT. OF SVC. -- Pltfs. Bidkhori, etc., etal. (eaf) |
| 81/11/30 | | APPEARANCE -- Robert Borden, Esq. for Rajabali Bidkhori, etc.etal(eaf |

JPML FORM 1A

7

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 458 -- In re Disaster at Riyadh Airport, Saudi Arabia, on August 19, 1980

| Date | Pef. | Pleading Description |
|---|---|---|
| 81/12/01 | | HEARING APPEARANCES -- CARROLL E. DUBUC, ESQ. for Lockheed Corporation; PHILLIP M. FOSS, ESQ. for Saudi Arabian Airlines and Trans World Airlines. (ds) |
| 81/12/01 | | WAIVER OF ORAL ARGUMENT -- Rajabali Bidkhori; Various plaintiffs, April Swedo, et al. (ds) |
| 81/12/03 | 15 | STATEMENT IN CLARIFICATION OF CERTAIN MATTERS ALLEGED BY ROBERT BORDEN -- Passenger Plaintiffs Committee -- w/cert. of service, Exhibits A through G (cds) |
| 81/12/23 | | TRANSFER ORDER -- transferring B-36 Rajabali Bidkhori, et al., v. The Lockheed Corp., C.D. Calif., C.A. No. CV-81-4998-RJK -- pursuant to 28 U.S.C. §1407. (emh) |

Case MDL No. 458   Document 1   Filed 05/19/15   Page 7 of 17

JPML Form 1

Revised: 8/78

DOCKET NO. _____ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| April 30, 1981 | 5/18/81 | TO | | D.D.C. | Hon. Thomas A. Flannery | |

Special Transferee Information

~~~~~~~~ 81-0112

DATE CLOSED: 6/3/82

JPML FORM 1                     LISTING OF INVOLVED ACTIONS

DOCKET NO. 458 -- In re Disaster at Riyadh Airport, Saudi Arabia, on August 19, 1980

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Christine Curtis v. Lockheed Corp., et al. | C.D.Ca. | CV-81-0237 | 5/18/81 | 81-1173 | 4/13/82D | |
| A-2 | Walter Muller, et al. v. The Lockheed Corp., et al. | D.D.C. | 80-2638 | | | 5/20/82D | |
| A-3 | The Muskegon Bank & Trust Co., et al. v. The Lockheed Corp., et al. | D.D.C. Flannery | 81-0617 | | | 5/20/82D | |
| A-4 | Edward M. Holland, etc. v. The Lockheed Corp. | D.D.C. Flannery | 81-0914 | | | 5/20/82D | |
| A-5 | Edward M. Holland, etc. v. The Lockheed Corp. | D.D.C. Flannery | 81-0915 | | | 5/20/82D | |
| A-6 | Edward M. Holland, etc. v. The Lockheed Corp. | D.D.C. Flannery | 81-0916 | | | 5/20/82D | |
| A-7 | Edward M. Holland, etc. v. The Lockheed Corp. | D.D.C. Flannery | 81-0917 | | | 5/20/82D | |
| A-8 | Sara Ghafoor, etc. v. The Lockheed Corp., et al. | D.D.C. Flannery | 81-1015 | | | 6/3/82D | |
| B-9 | Shahid Masood, etc. v. Saudi Arabian Airlines, et al. 7/24/81 | S.D.N.Y. Weinfeld | 81-Civ-4410 | 8/11/81 | 81-1911 | 5/20/82D | |
| B-10 | Richard Francis Kot v. Lockheed Aircraft Co., et al. 7/24/81 | C.D.Calif. Lydick | CV80-5653-LTL | 8/11/81 | 81-1912 | 5/20/82D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Kathryn Jane McArthur, et al. v. The Lockheed Corp., et al. 8/27/81 | C.D.Cal. Whelan | 81-4159 FW | 9/14/81 | 81-2256 | 5/25/82 D | |
| B-12 | Don O'Connell, et al. v. The Lockheed Corp., et al. 8/27/81 | C.D.Cal. Hill | 81-4160 IH | 9/14/81 | 81-2287 | 5/20/82 | |
| B-13 | Pi-Ko Wang Liu, et al. v. The Lockheed Corp., et al. 8/27/81 | C.D.Cal. Lucas | 81-4161 MML | 9/14/81 | 81-2288 | 5/20/82 | |
| B-14 | Shaena Joyce Peace v. The Lockheed Corp., et al. 8/27/81 | C.D.Cal. Tashima | 81-4162 AWT | 9/14/81 | 81-2289 | 5/20/82 | |
| B-15 | Sylvia Katherine Fowler, et al. v. The Lockheed Corp., et al. 8/27/81 | C.D.Cal. Lydick | 81-4163 LTL | 9/14/81 | 81-2290 | 5/20/82 | |
| B-16 | Shamshad Ahmed Aftab, v. The Lockheed Corp., et al. 8/27/81 | C.D.Cal. Gray | 81-4164 WPG | 9/14/81 | 81-2291 | 5/20/82 | |
| B-17 | Hazel Anne MacPherson v. The Lockheed Corp., et al. 8/27/81 | C.D.Cal. Hauk | 81-4165 AAH(J) | 9/14/81 | 81-2292 | 5/20/82 | |
| B-18 | Khurshid Bano Kapadia, et al. v. Lockheed Corp., et al. 8/27/81 | N.D.Cal. Orrick | C-81-3344 WHO | 9/14/81 | 81-2293 | 5/20/82 | |
| B-19 | Suppia Francis, et al. v. Lockheed Corp., et al. 8/27/81 | N.D.Cal. Orrick | C-81-3345 WHO | 9/14/81 | 81-2294 | 5/20/82 | |
| B-20 | C. A. Ibrahim, et al. v. Lockheed Corp., et al. 8/27/81 | N.D.Cal. Orrick | C-81-3346 WHO | 9/14/81 | 81-2295 | 5/20/82 | |
| XYZ-21 | Eleanor S. Dobson, etc. v. The Lockheed Corp. | D.C. | 81-1938 | ——— | | 5/20/82 | |
| B-22 | April Swedo v. Saudi Arabian Airlines Corp. 9/2/81 | C.D.Cal. Hill | 81-4235 IH | 9/18/81 | 81-2335 | 5/20/82 | |
| B-23 | April Swedo v. Saudi Arabian Airlines Corp. 9/2/81 | C.D.Cal. Hauk | 81-4239 AAH | 9/18/81 | 81-2336 | 5/20/82 | |
| B-24 | April Swedo v. Saudi Arabian Airlines Corp. 9/2/81 | C.D.Cal. Gray | 81-4237 WPG | 9/18/81 | 81-2337 | 5/20/82 | |

DOCKET NO. 458 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-25 | April Swedo v. Saudi Arabian Airlines Corp. 9/2/81 | C.D.Cal. Real | 81-4234 R | 9-18-81 | 81-2338 | 5/20/82 | |
| B-26 | Judith Anne Frances Hindle, et al. v. The Lockheed Corp., et al. 9/2/81 | C.D.Cal. Takasugi | 81-4229 RMT | 9-18-81 | 81-2339 | 5/20/82 | . |
| B-27 | Sandra Rugg v. Saudi Arabian Airlines Corp. 9/2/81 | C.D.Cal. Waters | 81-4233 LEW | 9-18-81 | 81-2340 | 5/20/82 | |
| B-28 | April Swedo v. Saudi Arabian Airlines Corp. 9/2/81 | C.D.Cal. Kenyon | 81-4238 KN | 9-18-81 | 81-2341 | 5/20/82 | |
| B-29 | April Swedo v. Saudi Arabian Airlines Corp. 9/2/81 | C.D.Cal. Marshall | 81-4236 CBM | 9-18-81 | 81-2342 | 5/20/82 | |
| B-30 | Mizra Makhboom Ahmad, et al. v. Lockheed Corp., et al. 9/14/81 | E.D.Mich. Cohn | 8172924 | 9/30/81 | 81-2438 | 5/20/82 | |
| B-31 | Shahid Masood, et al. v. Lockheed Corp., et al. 9/14/81 | N.D.Calif. Patel | C-81-3343-MHP | 9/30/81 | 81-2439 | 5/20/82 D | |
| B-32 | The Muskegon Bank & Trust Co., et al. v. Saudi Arabian Airlines Corp. 9/23/81 | C.D.Calif. Real | 81-3473-R | 10/9/81 | 81-2499 | 5/20/82 | |
| B-33 | Walter Muller, et al. v. The Lockheed Corp., et al. 9/24/81 | C.D.Calif. Hatter | 81-4589-TJH | 10/13/81 | 81-2508 | 5/20/82 | |
| B-34 | Roberta W. Stirrett, et al. v. The Lockheed Corp., et al. 9/24/81 | C.D.Calif. Lucas | 81-4862-MML(JRx) | 10/13/81 | 81-2509 | 5/20/82 | |
| B-35 | Roberta W. Stirrett, et al. v. The Lockheed Corp., et al. 9/24/81 | C.D.Calif. Hill | 81-4825-IH | 10/13/81 | 81-2510 | 5/20/82 | |

DOCKET NO. 458 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-36 | Rajabali Bidkhori, etc., et al. v. The Lockheed Corp., et al. 10/2/81 Opposed 10/14/81 | C.D.Cal. Kelleher | 81-4998 RJK | 12/23/81 | 82-0015 | 5/20/82 | |
| B-37 | April Swedo v. Saudi Arabian Airlines Corp. 10/5/81 | C.D.Cal. Tashima | 81-4826 AWT(Px) | OCT 2 1 1981 | 81-2582 | 5/20/82 D | |
| B-38 | April Swedo v. Saudi Arabian Airlines Corp. 10/5/81 | C.D.Cal. Hauk | 81-4827 AAH(Gx) | OCT 2 1 1981 | 81-2583 | 5/20/82 D | |
| B-39 | April Swedo v. Saudi Arabian Airlines Corp. 10/5/81 | C.D.Cal. Gray | 81-4864 WPG | OCT 2 1 1981 | 81-2584 | 5/20/82 D | |
| B-40 | April Swedo v. Saudi Arabian Airlines Corp. 10/5/81 | C.D.Cal. Lydick | 81-4865 LTL(Gx) | OCT 2 1 1981 | 81-2585 | 5/20/82 D | |
| B-41 | April Swedo v. Saudi Arabian Airlines Corp. 10/5/81 Laura Russell | C.D.Cal. Kenyon | 81-4866 KN(Mx) | OCT 2 1 1981 | 81-2586 | 5/20/81 | |
| B-42 | April Swedo v. Saudi Arabian Airlines Corp. 10/5/81 | C.D.Cal. Marshall | 81-4867 CBM(Px) | OCT 2 1 1981 | 81-2587 | 5/20/81 | |
| B-43 | April Swedo v. Saudi Arabian Airlines Corp. 10/5/81 | C.D.Cal. Pfaelzer | 81-4869 MRP(JRx) | OCT 2 1 1981 | 81-2588 | 5/20/81 | |
| B-44 | Ghulam Sarwar Khan, et al. v. Lockheed Corp., et al. 10/7/81 | C.D.Cal. Bryne | 81-5083 WMB(K) | OCT 2 3 1981 | 81-2594 | 5/20/81 | |
| B-45 | Natividad Hernandez, et al. v. Lockheed Corp., et al. 10/7/81 | C.D.Cal. Real | 81-5084 MLR | OCT 2 3 1981 | 81-2595 | 5/20/81 | |
| B-46 | M. Sher Zaman, et al. v. Lockheed Corp., et al. 10/7/81 | C.D.Cal. Hatter | 81-5085 TJH(G) | OCT 2 3 1981 | 81-2596 | 5/20/81 | |

July 1982 - 38 TR; 8 XV2; 39 Dis; 7 Pdg.

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 458 -- In re Disaster at Riyadh Airport, Saudi Arabia, on August 19, 1980

---

CHRISTINE CURTIS (A-1)
Gerald C. Sterns, Esquire
490 Pacific Avenue
San Francisco, California  94133

WALTER MULLER, ET AL. (A-2)
Robert R. Smiley, Esquire
Smiley, Murphy, Olson & Gilman
Suite 500
1819 H Street, N.W.
Washington, D.C.  20006

THE MUSKEGON BANK & TRUST CO., ET AL. (A-3)
SARA GHAFOOR, ETC. (A-8)
(same counsel as A-2)

EDWARD M. HOLLAND, ETC. (A-4 thru A-7)
Richard H. Jones, Esquire
Lewis, Wilson, Lewis & Jones, Ltd.
2054 North Fourteenth Street
Post Office Box 827
Arlington, Virginia  22216

SHAHID MASOOD, ETC. (B-9)
F. Lee Bailey, Esquire
Aaron J. Broder, Esquire
350 Fifth Avenue
New York, New York  10001

RICHARD FRANCIS KOT (B-10)
Herbert Hafif, Esquire
269 West Bonita Ave.
Claremont, Calif.  91711

LOCKHEED CORPORATION
Carroll E. Dubuc, Esquire
Haight, Gardner, Poor & Havens
Federal Bar Building
1819 H Street, N.W.
Washington, D.C.  20006

TRANS WORLD AIRLINES INC. (TWA)
Terry W. Backus, Esquire
Lord, Bissell & Brook
3250 Wilshire Boulevard
Los Angeles, California 90010

KINGDOM OF SAUDI ARABIA

Reed E. Hundt, Esq.
Latham, Watkins & Hills
1333 New Hampshire Ave., N.W.
Washington, D.C.  20036

SAUDI ARABIAN AIRLINES CORP.
William P. Butler, Esquire
Lord, Bissell & Brook
115 So. La Salle Street
Chicago, Illinois  60603

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. _____ -- _____

---

KATHRYN JANE MCARTHUR, ET AL. (B-11)
DON O'CONNELL, ET AL. (B-12)
PI-KO WANG LIU, ET AL. (B-13)
SHAENA JOYCE PEACE (B-14)
SYLVIA KATHERINE FOWLER, ET AL. (B-15)
SHAMSHAD AHMED AFTAB (B-16)
HAZEL ANNE MACPHERSON (B-17)
Dennis J. Sinclitico, Esquire
Morgan, Wenzel & McNicholas
1545 Wilshire Blvd.
Los Angeles, California 90017

Milton G. Sincoff, Esquire
Kreindler & Kreindler
99 Park Avenue
New York, New York 10016

KHURSHID BANO KAPADIA, ET AL. (B-18)
C. A. IBRAHIM, ET AL. (B-20)
Gerald C. Sterns, Esquire
Ted S. Shapiro, Esquire
[See Counsel for A-1]
San Francisco, California 94133

SUPPIA FRANCIS, ET AL. (B-19)
Jack K. Clapper, Esquire
490 Pacific Avenue
San Francisco, California 94133

Robert Borden, Esquire
[See Counsel for B36]
Seattle, Washington 98168

APRIL SWEDO (B-22, 23, 23, 25, 28 & 29)
JUDITH ANNE FRANCES HINDLE, ET AL.
 (B-26)
SANDRA RUGG (B-27)
(Same Counsel as B-11 thru B-17)

---

MIZRA MAKHBOOM AHMAD, ET AL. (B-30)
Kathleen L. Bogas, Esquire
Marston, Sachs, Nunn, Kates,
  Kadushin & O'Hare, P.C.
1000 Farmer Street
Detroit, Michigan 48226

SHAHID MASOOD, ET AL. (B-31)
F. Lee Bailey, Esquire
350 5th Avenue
New York, New York 10001
[Same as B-9]

Jack K. Clapper, Esquire
490 Pacific Avenue
San Francisco, California 94133
[Same as B-19]

THE MUSKEGON BANK & TRUST CO., ET AL. (B-32)

Robert R. Smiley, Esq.
1818 H Street, N.W.
Suite 500
Washington, D. C. 20006
[See Counsel A-2]

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 458 -- In re Disaster at Riyadh Airport, Saudi Arabia, on August 19, 1980

---

WALTER MULLER, ET AL. (B-33)
Joseph T. Cook, Esquire
(see counsel for B-32)

Robert R. Smiley, Esquire
(see counsel for A-2 and B-32)

ROBERTA W. STIRRETT (B-34, B-35)
Daniel C. Cathcart, Esquire
Magana, Cathcart, McCarthy & Pierry
1801 Avenue of the Stars
Suite 810
Los Angeles, California  90067

RAJABALI BIDKHORI, ETC., ET AL. (B-36)
Robert Borden, Esq.
4319 South 135th Street
Seattle, Washington  98168

APRIL SWEDO (B-37 thru B-43)
George M. Snyder, Esq.
Lord, Bissell & Brook
3250 Wilshire Blvd., Suite 1208
Los Angeles, California 90010

Dennis J. Sinclitico, Esq.
Milton G. Sincoff, Esq.
(Same address as B-11 thru B-17)

GHULAM SARWAR KHAN, ET AL. (B-44)
NATIVIDAD HERNANDEZ, ET AL. (B-45)
M. SHER ZAMAN, ET AL. (B-46)
George Clinton Stafford, Esq.
Belli, Choulas & Sayre
The Belli Building
722 Montgomery Street
San Francisco, California 94111

32

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 458 --

NOTICE OF OPPOSITION

RAJABALI BIDKHORI, ETC., ET AL. (B-36)

Robert Borden, Esquire
4319 South 135th Street
Seattle, Washington  98168

JPML FORM 3

p. __1__

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __458__ -- __In re Disaster at Riyadh Airport, Saudi Arabia, on August 19, 1980__

| Name of Party | Named as Party in Following Actions |
|---|---|
| LOCKHEED CORPORATION | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-9, B-10, B-11 thru B-20, B-26, B-30, B-31, B-33, 34, 35, 36, B-44, 45, 46 |
| TRANS WORLD AIRLINES, INC. | A-1, A-2, A-3, A-8, B-10, B-11 thru B-20, B-26, B-31, B-33, 34, 35, 36 |
| KINGDOM OF SAUDI ARABIA / Saudi Arabian Air | A-2, B-9, B-10, B-22, 33, 34, 35, 28, 29, B-27 |
| Saudi Arabian Airlines | B-30, B-32, B-33, 34, 35, B-36, B-37 thru B-43, B-44, 45, 46 |