JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 458

MAY 18 1981

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

IN RE DISASTER AT RIYADH AIRPORT, SAUDI ARABIA, ON AUGUST 19, 1980

5/18/81

### TRANSFER ORDER*

This litigation consists of eight actions pending in two federal districts:  seven in the District of the District of Columbia and one in the Central District of California. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by plaintiff in the California action, to centralize all actions in this litigation in the District of the District of Columbia for coordinated or consolidated pretrial proceedings.[1]

All parties favor or do not oppose transfer of the actions to a single district for coordinated or consolidated pretrial proceedings.  The only dispute concerns the selection of the transferee district.  All plaintiffs in the District of Columbia actions join the California plaintiff in urging centralization in the District of the District of Columbia. Defendants Lockheed Aircraft Corporation and Trans World Airlines, Inc. favor centralization in the Central District of California.

We find that these actions involve common questions of fact and that centralization of the actions under Section 1407 in the District of the District of Columbia will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

Although we are of the view that either of the districts suggested could be described as an appropriate transferee forum for this litigation, we conclude that the District of the District of Columbia is preferable.  The fact that seven of the eight actions before the Panel are already pending in the District of the District of Columbia tips the scales in favor of that forum under the circumstances in this litigation.

---

* Judge Fred Daugherty took no part in the decision of this matter.

1/ The motion included only two actions.  The other six actions are included in the matter before us because all parties to those actions have stated in writing their respective positions on the motion before us and have appeared at the Panel hearing.

-2-

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the following Schedule A and pending in the Central District of California be, and the same hereby is, transferred to the District of the District of Columbia and, with the consent of that court, assigned to the Honorable Thomas A. Flannery for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

                FOR THE PANEL:

                Andrew A. Caffrey
                Chairman

SCHEDULE A

MDL-458 -- IN RE DISASTER AT RIYADH AIRPORT, SAUDI ARABIA, ON
AUGUST 19, 1980

### CENTRAL DISTRICT OF CALIFORNIA

Christine Curtis v. Lockheed Corp., et al.,
C. A. No. CV-81-0237

### DISTRICT OF THE DISTRICT OF COLUMBIA

Walter Muller, et al. v. The Lockheed Corp., et al.,
C. A. No. 80-2638

The Muskegon Bank and Trust Co., etc. v. The Lockheed
Corp., et al., C. A. No. 81-0617

Edward M. Holland, etc. v. The Lockheed Corp.,
C. A. No. 81-0914

Edward M. Holland, etc. v. The Lockheed Corp.,
C. A. No. 81-0915

Edward M. Holland, etc. v. The Lockheed Corp.,
C. A. No. 81-0916

Edward M. Holland, etc. v. The Lockheed Corp.,
C. A. No. 81-0917

Sara Ghafoor, etc. v. The Lockheed Corp., et al.,
C. A. No. 81-1015